Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

**JAN 07 2025**
IN CLERK'S OFFICE
Atlanta
U.S.D.C.
KEVIN P. WEIMER, Clerk
Deputy Clerk
By:

# UNITED STATES DISTRICT COURT

for the

District of

_____ Division

Felicia Yvonne Manuel
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

William Leonard Roberts II
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
) .
)
)
)
)
)
)
)
)
)
)
)

Case No. **3:25-cv-006**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Felicia Y. Manuel |
| Street Address | 3060 Pharr Ct N Northwest Ste 6 |
| City and County | Atlanta   Fulton |
| State and Zip Code | Georgia   30305 |
| Telephone Number | 470 886 2466 |
| E-mail Address | gotstyle1@yahoo.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1

　　Name

　　Job or Title *(if known)*

　　Street Address

　　City and County

　　State and Zip Code

　　Telephone Number

　　E-mail Address *(if known)*

William Leonard Roberts II
Rick Ross
794 Evander Holyfield Hwy
FAYETTEVille, FAYETTE
Georgia        30214

Defendant No. 2

　　Name

　　Job or Title *(if known)*

　　Street Address

　　City and County

　　State and Zip Code

　　Telephone Number

　　E-mail Address *(if known)*

Defendant No. 3

　　Name

　　Job or Title *(if known)*

　　Street Address

　　City and County

　　State and Zip Code

　　Telephone Number

　　E-mail Address *(if known)*

Defendant No. 4

　　Name

　　Job or Title *(if known)*

　　Street Address

　　City and County

　　State and Zip Code

　　Telephone Number

　　E-mail Address *(if known)*

**C.    Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | William Roberts II  Maybach Music Group |
| Street Address | 794 Evander Holyfield Hwy |
| City and County | Fayetteville, Fayette |
| State and Zip Code | Georgia      30214 |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

☒    Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.

☒    Relevant state law

☒    Relevant city or county law

## III.    Statement of Claim

State as briefly as possible the facts of your case.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Nature of employer's business:

MAYBACH MUSIC GROUP

B.    Dates of employment:

8/17/2022 – Sept 7/2022
12/24/2022 — July 2023

C.    Employee's job title and a description of the kind of work done:

PartnerSHIP    GIRL FRIEND/LOVE Interest
EXECUTIVE ASSISTANT TO CEO    Consultant

D.    Rate, method, and frequency of wage payment:

$100,000 per Year Fair Market WAGE
EXECUTIVE ASSISTANT

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

I WAS Never paid, Brought lunch once or twice

E.    Number of hours actually worked each week in which a violation is claimed:

I WAS Available 24 hour Access    7 DAYS A WEEK

F.    Description of the alleged violation(s) (check all that apply):

☒    Failure to pay the minimum wage (explain)

Failure to pay any wages
Worked For 2 years Never compensated

☐    Failure to pay required overtime (explain)

☒    Other violation(s) (explain)
ASKED FOR $3500 TO ACCEPT A SAFE Deposit Box WITH 1 Million
In CASH AND 30 Million in Assests. ASKED For Nudes AND Pictures
OF ME IN A Romantic WAY. Also MAiled AND WIRED Money AND
Recalled Checks. HAD ME Buy Herbal Medicine.
I WAS told By Mr. Ross he wrald give me $100,000 K and My SISTER $100,000
IF WE SEND Him $3500

G.    Date(s) of the alleged violation(s):
Most OF The Money I RECIEVED thru CASH APP., Wire, US Mail
WAS convented TO BITcoin which I Never recieved Biteoin or Money.
WAS ASKED TO Contact HIS MANAGEMENT Company TO PAY And Meet
HIM AND He would PAY ME MY SALARY AND Give ME THE Money BACK
From His MANAGER When We Met.

H.    Additional facts:
I Believe William Roberts WANTED ME TO DO The
Work BUT INSTEAD OF PAYING ME A FAIR MARKET
WAGE Mr. Roberts WANTED FREE WORK OUT OF
ME SO HE PRETENDED TO ACT AS IF HE WANTED A
GIRLFRIEND or WIFE SO I could Work For FREE
Sexual Harrasment Sexual INTEGRITY Pictures,

Page 4 of 6

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  $3 million each year that I dealt with Mr. Ross I have suffered Embarassment. I could pay for food, rent, clothing And Daily expenses. At one point I moved back home to Indiana The time I spent converting cash to bitcoin, teaching Mr. Ross Fintech on Crypto Platforms, writing letters helping Mr. Loss With his Finances and Startup Companies. I lost everything He lost nothing.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          1/5/2025

Signature of Plaintiff

Printed Name of Plaintiff          Felicia Y. Manuel

## B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____